IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:11CR263
                               )
      v.                       )
                               )
ANN McGRATH-WILSON and         )       ORDER
DOUGLAS ANDERS,                )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on defendant Ann McGrath-Wilson's motion to continue trial (Filing No. 21) with attached waiver of speedy trial and on defendant Douglas Anders's motion to continue trial (Filing No. 22) and waiver of speedy trial (Filing No. 23). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the defendants' motions are granted. Trial of this matter is scheduled for:

**Tuesday, November 29, 2011, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. This will give the parties time to prepare for trial or pursue plea negotiations and will accommodate the schedule of the Court, and the ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 2, 2011, and November 29, 2011, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 2nd day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court