IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CR263 |
| | ) | |
| v. | ) | |
| | ) | |
| ANN McGRATH-WILSON and | ) | ORDER |
| DOUGLAS ANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendant Ann McGrath-Wilson's motion to continue trial (Filing No. 25) and defendant Douglas Anders's motion to continue trial (Filing No. 26). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that the defendants' motions are granted. Trial of this matter is rescheduled for:

**Tuesday, January 31, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. This will give the parties time to prepare for trial or pursue plea negotiations and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between November 29, 2011, and January 31, 2012, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 22nd day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court