IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )      8:11CR263
                               )
     v.                        )
                               )
ANN McGRATH-WILSON and         )      ORDER
DOUGLAS ANDERS,                )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on defendant Ann McGrath-Wilson's motion to continue trial (Filing No. 28), in which defendant Douglas Anders joins. After hearing with counsel, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED that, subject to the filing of written waivers of speedy trial, the motion is granted. Trial of this matter is scheduled for:

**Tuesday, April 3, 2012, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The parties will have time to finalize plea negotiations. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 31, 2012, and April 3, 2012, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 27th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court