# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:11CR263 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ANN McGRATH-WILSON and | ) | |
| DOUGLAS ANDERS, | ) | |
| | ) | |
| Defendants. | ) | |

Unless specifically requested by a party for good cause, the arraignment on the Superseding Indictment in this matter shall immediately precede jury selection or the change of plea hearing, whichever is applicable.

**IT IS SO ORDERED.**

DATED this 23rd day of March, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge